ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 2:07-cr-86 HCN |
|---|---|
| Plaintiff, | MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |
| vs. | |
| JOSHUA SAMUEL RICH, | Judge Howard C. Nielson, Jr. |
| Defendant. | |

The United States hereby moves for an extension of time of sixty (60) days to file its response to defendant JOSHUA RICH's Motion for Compassionate Release. Defendant filed his motion on July 6, 2021. The response should be due on August 6, 2021. Mr. Rich is currently being housed under BOP contract in an Iowa state facility. Mr. Rich's placement in a state facility has made it more difficult for the United States to obtain records needed to formulate an adequate response. The records were received today from BOP and as a result, the United States needs additional time to investigate the reasons listed by Mr. Rich in his Motion for Compassionate Release.

The United States therefore seeks an additional sixty days to respond to the Motion for Compassionate Release, until October 5, 2021.

DATED this 6th day of August, 2021.

ANDREA T. MARTINEZ<br>
Acting United States Attorney<br>
<br>
/s/Carlos A. Esqueda<br>
CARLOS A. ESQUEDA<br>
Assistant United States Attorney