Scott Keith Wilson, Federal Public Defender (#7347)
Nathan Phelps, Research and Writing Specialist (#14752)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
nathan_phelps@fd.org

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA SAMUEL RICH,<br><br>    Defendant. | **Response in Support of Government's Motion for an Extension**<br><br>Case No. 2:07-cr-00086 HCN |

Joshua Rich submits this response supporting the government's motion for an extension. Both parties have been working cooperatively to get relevant records. However, Mr. Rich's present incarceration outside of the BOP system has complicated that effort and more time is needed. And because Mr. Rich is not seeking immediate release, he will not be prejudiced by the delay.

So, consistent with the government's request, Mr. Rich consents to the extension of 60-days such that the government's response will be due on October 5, 2021.

DATED this 6th day of August, 2021.

                                                */s/ Nathan Phelps*
                                               NATHAN PHELPS
                                               Counsel for Joshua Rich